```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

WESLEY SCOTT,                        )
                                     )
        Plaintiff,             )
                                     )
  v.                                 )     No. 07 C 4287
                                     )
CHICAGO POLICE OFFICER               )
SERGEANT WALLACE, STAR #7343,        )
et al.,                              )
                                     )
        Defendants.            )

## MEMORANDUM ORDER

This Court's uniform pretrial procedure, once litigants have completed discovery in a case, is to call for their preparation and submission of a jointly proposed final pretrial order ("FPTO"). Then, at the pretrial conference that is ordinarily held within a few working days after that submission, counsel for the parties and this Court normally discuss any required modifications in the draft FPTO (and the date for resubmission if such modifications are needed), and this Court also typically sets a timetable for the filing of the parties' proposed motions in limine.

In this instance that procedure generated a draft proposed FPTO that was the subject of an October 6, 2011 pretrial conference, and that in turn resulted in this Court's establishment of this timetable:

    1.  October 28 was set as the date for submission of a jointly proposed revised FPTO.

      2. Motions in limine were required to be filed by November 18, with each side to respond to the other's motions on or before December 9.

In conformity with that order, the revised FPTO was properly tendered and was entered by this Court, and defense counsel timely presented fully 15 motions in limine, while counsel for plaintiff Wesley Scott ("Scott") filed none.

      Nothing has been forthcoming from either side since defendants' filing, but this Court is aware that Scott's counsel is suffering from a serious illness that has doubtless created major problems with his ability to conduct his legal practice in the regular course. Under the circumstances, this Court will not of course treat the defense motions as granted in the absence of a response, though from this Court's observation a number (though not all) of the motions would seem unlikely to meet with opposition (as contrasted with some degree of modification or refinement in numerous instances). Accordingly this Court orders Scott's counsel to file a response on or before February 21, 2012 as to his plans for going forward with the litigation, including the matters referred to in this memorandum order and the trial of the case.

                                        */s/ Milton I. Shadur*
                                _____
                                Milton I. Shadur
                                Senior United States District Judge

Date: February 9, 2012